IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      CV 1:15-192

BARBARA L. BELL,

    Defendant.

**O R D E R**

Presently before the Court is Plaintiff's Motion for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. (Doc. 7.) Plaintiff filed its complaint on December 7, 2015. (Doc. 1.) Defendant returned a waiver of service on January 15, 2015, but failed to respond to the complaint or the Plaintiff's subsequent Motion for Entry of Default. (Docs. 4,5.) The Clerk of Court entered default on February 24, 2016. (Doc. 6.) Plaintiff moved for default judgment on March 29, 2016. (Doc. 7.) Defendant has filed no pleadings and taken no actions in this case other than her initial waiver of service. In light of these findings and for the reasons stated in Plaintiff's motion, the Court **GRANTS** Plaintiff's Motion for Default Judgment. (Doc. 7.) The Clerk

of Court shall **ENTER JUDGMENT** against Defendant in the amount of **$85,474.42,** with post judgment interest at the legal rate per annum, plus costs. The Clerk is instructed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2